# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CHARLES LLEWLYN, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-131 |
| | * | |
| v. | * | |
| | * | |
| J.V. FLOURNOY, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's December 19, 2016, Report and Recommendation, (dkt. no. 9), to which Petitioner Charles Llewlyn ("Llewlyn") has filed an Objection, (dkt. no. 10). Llewlyn's Objection reiterates the arguments presented in his Petition. Specifically, he incorrectly contends that he need not satisfy the savings clause.

After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Llewlyn's Objections. Consequently, the Court **DISMISSES** Llewlyn's Petition for Writ of Habeas Corpus, filed

pursuant to 28 U.S.C. § 2241. Additionally, the Court **DENIES** Llewlyn leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of January, 2018.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA